UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON- DISCLOSURE ORDERS | CASE NO. 1:19-MJ-583 |

## ORDER UNSEALING CASE WITH REDACTIONS

This matter is before the Court on the motion of the United States to permanently seal certain documents and unseal the case. For the reasons stated by the United States and for good cause, the motion is **GRANTED**. It is hereby **ORDERED**:

A. The following documents associated with the following docket entries shall be **permanently sealed**:

| Docket Entry No. | Document |
|---|---|
| 1 | Application |
| 2 | Order |
| 3 | Application |
| 4 | Order |
| 5 | Order/Application |
| 6 | Motion |
| 7 | Application |
| 8 | Order |
| 9 | Application |
| 10 | Order |
| 11 | Order/Application |
| 12 | Motion |
| 13 | Motion |
| 14 | Motion |
| 15 | Motion |

| Docket Entry No. | Document |
|---|---|
| 16 | Motion |
| 17 | Motion |
| 18 | Motion |
| 19 | Motion |
| 20 | Motion |
| 21 | Motion |
| 22 | Motion |
| 23 | Motion |
| 24 | Motion |

B. The redacted versions of these documents (1-24) shall be filed on the Court's docket.

C. This case shall be unsealed.

**IT IS SO ORDERED.**

DATE: 3/17/2024

HON. KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE